

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| READYONE INDUSTRIES INC., | § | No. 08-13-00094-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| MARGARITA SIMENTAL, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2011-2790) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal without prejudice. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF MARCH, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.